**NANCY P. DOUMANIAN, ESQ., SBN: 168925**
**DOUMANIAN & ASSOCIATES**
837 South Fair Oaks Avenue, Suite 200
Pasadena, California 91105
Telephone  (626) 795-5802
Facsimile  (626) 795-5832
Email:     nancy@nancylaw.com

Attorneys for Defendant,
WEST COVINA UNIFIED SCHOOL DISTRICT, a public entity



FILED
CLERK, U.S. DISTRICT COURT
JUN 29 2020
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

PUBLIC ENTITY DEFENDANT, NO FILING FEE PER GOV'T. CODE § 6103

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., a minor, by and through his guardian ad litem, Olivia Chambers,<br><br>Plaintiff,<br><br>v.<br><br>Canyon View School, et al.,<br><br>Defendants. | CASE NO. 2:19-cv-07363JFW(Ex)<br>*[Assigned to the Honorable John F. Walter]*<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION REGARDING PLAINTIFF'S SCHOOL AND MEDICAL RECORDS**<br><br>**Trial Date: November 3, 2020**<br><br>**Complaint filed: August 12, 2019** |

Pursuant to the parties' stipulation and protective order regarding discovery and disclosure of plaintiff's medical and school records in this lawsuit, and having considered this stipulation, and good cause appearing therefor, the Court orders as follows:

1.  The plaintiff filed a Civil Lawsuit alleging causes of action for (1) Violation of Section 503 of the Rehabilitation Act of 1973; (2) Violation of the Americans with Disabilities Act; (3) Violation of the Civil Right Act under 42 USC 1983; (4) Violation of the Individuals with Disabilities Act (IDEA); (5) Violation of the Unruh Civil Rights Act under California Civil Code 51; (6) Breach of Duty to Protect under California Education Code 44808; (7) Negligent/Intentional Infliction of Emotional Distress;

- 1 -
[PROPOSED[ ORDER ON STIPULATION

PUBLIC ENTITY DEFENDANT, NO FILING FEE PER GOV' T. CODE § 6103

2. That given the plaintiff is a minor and student enrolled in Special Education with the West Covina Unified School District who alleges various incidents and events in this lawsuit which put the plaintiff's school performance and medical records at issue, discovery related to plaintiff's medical and school records is reasonable and proper;

3. The Court accepts this Stipulation of Counsel that the parties may have access to and engage in discovery of plaintiff's medical and school records pursuant to the terms of the Stipulated Protective Order agreed upon between Counsel, a copy of which is attached hereto as Exhibit "A".

**IT IS SO ORDERED.**

Dated: June 29, 2020

Honorable Charles F. Eick
U.S. District Court Central District of California

NANCY P. DOUMANIAN, ESQ., SBN: 168925
DOUMANIAN & ASSOCIATES
837 South Fair Oaks Avenue, Suite 200
Pasadena, California 91105
Telephone    (626) 795-5802
Facsimile    (626) 795-5832
Email:       nancy@nancylaw.com

Attorneys for Defendant,
WEST COVINA UNIFIED SCHOOL DISTRICT, a public entity

PUBLIC ENTITY DEFENDANT, NO FILING FEE PER GOV'T. CODE §6103

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., a minor, by and through his guardian ad litem, Olivia Chambers,<br><br>Plaintiff,<br><br>v.<br><br>Canyon View School, et al.,<br><br>Defendants. | CASE NO. 2:19-cv-07363JFW(Ex)<br>*[Assigned to the Honorable John F. Walter]*<br><br>**STIPULATION FOR ISSUANCE OF PROTECTIVE ORDER REGARDING DISCOVERY AND SCHOOL AND MEDICAL INFORMATION OF MINOR PLAINTIFF; [PROPOSED] ORDER**<br><br>Pre-Trial Date:   October 16, 2020<br>Trial Date:       November 3, 2020 |

The parties, through their respective counsel, Plaintiff, D.C., by Kathleen M. Loyer, Esq., Defendant West Covina Unified School District by Nancy P. Doumanian, Esq., and Defendant McKinley Children's Center, Inc., Courtney L. Hylton, Esq., having met and conferred and hereby stipulate as follows pursuant to Civil L.R. 40-1;

//
//
//
//       *Exhibit A*
//

- 1 -
STIPULATION FOR PROTECTIVE ORDER REGARDING
DISCOVERY AND MEDICAL INFORMATION RE MINOR PLAINTIFF; [PROPOSED] ORDER

<div style="margin-left:2em">PUBLIC ENTITY DEFENDANT, NO FILING FEE PER GOV'T. CODE §6103</div>

Whereas, the parties are in agreement that because this lawsuit involves a minor with allegations of sexual abuse and will include discovery of school records, as well as medical and mental health care records which are relevant to damages alleged by the plaintiff and thus it is necessary to enter this protective order.

## SCHOOL RECORDS

Whereas, the plaintiff remains enrolled within the West Covina Unified School District which maintains school records, a cumulative school file, IEP records, and all other related school records referring or relating to the plaintiff;

Whereas, the parties agree that all discovery of school records in the custody of West Covina Unified School District relating to the Minor, Plaintiff D.C., a minor, by and through his guardian ad litem, Olivia Chambers, will be maintained as confidential for all purposes other than for the litigation of this lawsuit and can be shared by counsel with their respective clients, and with their respective employees, and with their respective experts;

Whereas the parties agree that there will be no requirement to file the school records under seal, the only requirement would be that the name of Plaintiff will be redacted and all records will be bate stamped in numerical order with reference to "SUBJECT TO PROTECTIVE ORDER";

Whereas, the parties agree that no school records or other information relating to the school records of Minor, Plaintiff D.C., a minor, by and through his guardian ad litem, Olivia Chambers, will be disclosed to any person or entity outside of this litigation, other than as may be required by the School District in regards to the special education needs of the plaintiff, his family and the School District;

//
//

Whereas, the parties agree that when there is a final resolution of this lawsuit all the school records of Minor, Plaintiff D.C., a minor, by and through his guardian ad litem, Olivia Chambers will be destroyed.

## MEDICAL & MENTAL HEALTH CARE RECORDS

Whereas, the plaintiff has and is under the care of various medical providers and mental health care providers (hereinafter collectively referred to as "medical records"). Said records will be the basis of discovery requests, records subpoenas, and depositions;

Whereas, the parties agree that all discovery of medical records in the custody of West Covina Unified School District relating to the Minor, Plaintiff D.C., a minor, by and through his guardian ad litem, Olivia Chambers, will be maintained as confidential for all purposes other than for the litigation of this lawsuit and can be shared by counsel with their respective clients, and with their respective employees, and with their respective experts;

Whereas the parties agree that there will be no requirement to file the medical records under seal, the only requirement would be that the name of Plaintiff will be redacted and all records will be bate stamped in numerical order with reference to "SUBJECT TO PROTECTIVE ORDER";

Whereas, the parties agree that no medical records or other information relating to the medical records of Minor, Plaintiff D.C., a minor, by and through his guardian ad litem, Olivia Chambers, will be disclosed to any person or entity outside of this litigation, other than as may be required by the School District in regards to the special education needs of the plaintiff, his family and the School District;

Whereas, the parties agree that when there is a final resolution of this lawsuit all the medical records or other documentation relating to the medical condition of

PUBLIC ENTITY DEFENDANT, NO FILING FEE PER GOV'T. CODE §6103

1  
2 Minor, Plaintiff D.C., a minor, by and through his guardian ad litem, Olivia  
3 Chambers will be destroyed.  
4  
5  
6  
7 **IT IS SO STIPULATED:**  
8  
9  
10 DATED: 6/19/2020  
11  
12 By: _____/s/_____  
   KATHLEEN M. LOYER, ESQ.  
   Attorney for Plaintiff, DC, a minor  
13  
14 DATED: 6/19/2020  
15  
16 By: _____/s/_____  
   NANCY P. DOUMANIAN, ESQ.  
   Attorneys for Defendant, WEST COVINA UNIFIED SCHOOL DISTRICT, a public entity  
17  
18  
19  
20 DATED: 6/19/2020  
21  
22 By: _____/s/_____  
   COURTNEY HYLTON, Attorneys for Defendant McKinley Children's Center  
23  
24  
25  
26  
27  
28  

- 4 -

STIPULATION FOR PROTECTIVE ORDER REGARDING  
DISCOVERY AND MEDICAL INFORMATION RE MINOR PLAINTIFF; [PROPOSED] ORDER

<div style="text-align:center">STATE OF CALIFORNIA, COUNTY OF LOS ANGELES</div>

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 837 South Fair Oaks Avenue, Suite 200, Pasadena, California 91105.

On **6/19/2020**, I served the foregoing document, described as **STIPULATION FOR PROTECTIVE ORDER REGARDING DISCOVERY AND [PROPOSED] ORDER** in this action by:

☐ and by placing ☐ the original of the document ☒ true copies of the document in separate sealed envelopes to the following addresses:

| | |
|---|---|
| Kathleen M. Loyer, Esq.<br>Law Offices of Kathleen Loyer<br>946 Calle Amanecer, Suite E<br>San Clemente, California 92673<br>Telephone: (949) 369-1082<br>Facsimile: (949) 366-6838<br>kmloyer@education-law.com | Courtney L. Hylton, Esq.<br>LYNBERG & WATKINS<br>A Professional Corporation<br>1100 Town & Country Road, Suite #1450<br>Orange, California 92868<br>(714) 937-1010 Telephone<br>(714) 937-1003 Facsimile<br>chylton@lynberg.com<br>cmacmurtrie@lynberg.com |

☐ BY MAIL: As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, I deposited such envelope in the mail at Orange, California.

☒ BY ELECTRONIC MAIL: I caused all of the pages of the above-entitled document to be sent to the recipient(s) noted at the respective email address(es) indicated.

☐ BY FACSIMILE: I caused all of the pages of the above-entitled document to be sent to the recipient(s) noted via facsimile at the respective telephone numbers indicated above.

☐ VIA ELECTRONIC MAIL (CM/ECF) - all parties listed above have been served via electronic mail through the court's CM/ECF system, which automatically generates a Notice of Electronic Filing (NEF) allowing registered e-filers to retrieve the document.

☐ BY FEDERAL EXPRESS/OVERNIGHT MAIL: I caused the above-described document to be served on the interested parties noted as follows by Federal Express/Overnight Mail.

I served the documents by the means described above on **6/19/2020**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Janis Lopez | /s/ Janis Lopez |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

PUBLIC ENTITY DEFENDANT, NO FILING FEE PER GOV'T. CODE §6103