JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., *a minor, by and through his parent, Olivia Chambers*,<br><br>Plaintiff,<br><br>v.<br><br>Canyon View School, et al.,<br><br>Defendant. | Case No. **CV 19-7363-JFW(Ex)**<br><br>**JUDGMENT** |

The Court having granted Defendant West Covina Unified School District's Motion for Summary Judgment and/or Motion for Partial Summary Judgment based on its determination that there was no genuine issue as to any material fact and that Defendant West Covina Unified School District was entitled to judgment as a matter of law on all causes of action alleged against it;

The Court having dismissed pursuant to a stipulation by the parties the third, fourth, fifth, sixth, and ninth causes of action as to Defendants McKinley Children's Center, Inc. and Canyon View School;

The Court having granted Defendants McKinley Children's Center, Inc. and Canyon View School's Motion for Partial Summary Judgment based on its determination that there was no genuine issue as to any material fact and that Defendants McKinley Children's Center, Inc. and Canyon View School were entitled to judgment as a matter of law on Plaintiff's first, second, and eighth causes of action; and

The Court having declined to exercise supplemental jurisdiction over Plaintiff's seventh cause of action as to Defendants McKinley Children's Center, Inc. and Canyon View School,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff D.C., a minor, by and through his parent, Olivia Chambers shall recover nothing from Defendants West Covina Unified School District, McKinley Children's Center, Inc., and Canyon View School;

2. Defendants West Covina Unified School District, McKinley Children's Center, Inc., and Canyon View School shall have judgment in their favor; and

3. As the prevailing parties, Defendants West Covina Unified School District, McKinley Children's Center, Inc., and Canyon View School may seek recovery of allowable costs from Plaintiff D.C. in conformity with the applicable law and as to be determined by this Court.

Dated: January 28, 2021  _____
                         JOHN F. WALTER
                         UNITED STATES DISTRICT JUDGE